IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRYAN J. STANLEY,

    Petitioner,                                            JUDGMENT IN A CIVIL CASE

    v.                                                     Case No. 14-cv-181-wmc

GREG VAN RYBROEK, Director,
Mendota Mental Health Institution,

    Respondent.

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing with prejudice petitioner Bryan J. Stanley's petition for a writ of habeas corpus.

| /s/ | March 27, 2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |